UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH CLARK,<br>    Petitioner,<br><br>v.<br><br>SIEMINSKI, et al.,<br>    Respondents. | :<br>:<br>:    PRISONER<br>:    Case No. 3:07cv465(RNC)<br>:<br>:<br>: |

## ORDER OF DISMISSAL

On April 10, 2007 the Court issued a Notice to Petitioner of Insufficiency [doc. #4] notifying petitioner that his pending Motion for Leave to Proceed *In Forma Pauperis* was deficient in that he failed to submit a Prisoner Authorization Form and that he failed to submit the required number of copies of his petition. Petitioner was notified that his failure to correct this deficiency within thirty days from the date of the notice would result in his case being dismissed by the Court.

In the absence of any response from petitioner or motion for extension of time within which to reply to the Notice, this matter is hereby **DISMISSED** without prejudice. Any motion to reopen judgment shall include the required documents and demonstrate good cause for failing to comply with the court's order. The Clerk is directed to close this case.

So ordered.

Dated at Hartford, Connecticut, this 20th day of June, 2007.

                                    /s/
                                Robert N. Chatigny
                                United States District Judge